AO 441 (Rev. 07/10)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Casual Water Ltd.
*Plaintiff*

v.

Matthew Garry & Casual Water Bridgehampton LLC
*Defendant, Third-party plaintiff*

v.

Gregory P. Kirwan and Michael Hartman
*Third-party defendant*

Civil Action No.  16 CV 6320 (SJF) (GRB)

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*  Michael Hartman
241 County Road 39A
Southampton, New York 11968

    A lawsuit has been filed against defendant   Matthew Garry, et al.   , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   Casual Water Ltd.   .

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
  Joseph B. Schmit, Esq., Phillips Lytle LLP
  The New York Times Building, 620 Eighth Avenue, 23rd Floor, New York, New York 10018
  Tel:  (212) 759-4888

    It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
  James P. Murphy, Esq., Lewis Johs Avallone Aviles LLP,
  One CA Plaza, Suite 225, Islandia, New York  11749
  Tel:  (631) 755-0101

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

    A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date:  12/5/2016



*CLERK OF COURT*

s/ Chelsea Tirado

*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No. 16 CV 6320 (SJF) (GRB)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: